No. 99–7242. DJELILATE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7243. DELGENIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7244. DRISKILL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7245. GOODEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7246. NIXON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–7249. FOX v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7250. HUDSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7251. COOPER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7252. CHARLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7274. CRANDALL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7275. COLLIER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7276. BOYD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–7352. ESPINOZA-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7354. MARTINEZ-GILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1628. SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT v. DAWAVENDEWA. C. A. 9th Cir. Motion of Navajo Nation for leave to file a brief as *amicus curiae* granted. Certiorari denied.